## ATTACHMENT A

Property to be Searched

This warrant applies to the property located at 903 EAST WALNUT STREET, BELTON, MISSOURI. This residence is described as a gray single-story residence with a long gravel driveway and entrances on the southwest and northeast side of the residence.



